UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARON JETER,<br><br>    Plaintiff,<br><br>-against-<br><br>JUSTIN TIMBERLAKE, et al.,<br><br>    Defendants. | 14-CV-3976 (LAP) |
| SHARON JETER,<br><br>    Plaintiff,<br><br>-against-<br><br>BEYONCE, et al.,<br><br>    Defendants. | 15-CV-7076 (LAP) |

LORETTA A. PRESKA, United States District Judge:

  The Court is in receipt of Plaintiff's "proposed order to show cause for preliminary injunction and temporary restraining order."[1] Plaintiff's proposed order is DENIED as frivolous as it lacks any cognizable grounds for relief and alleges the same claims as the original complaint.

  The Court cautions Plaintiff that continuing to file frivolous and burdensome motions in closed cases may result in an order directing the Clerk of Court not to accept further documents for filing in Plaintiff's closed cases.

---

[1] Plaintiff recently filed a similar proposed order on February 21, 2025 which the Court denied on March 11, 2025.

**SO ORDERED.**

Dated:  May 14, 2025
        New York, New York

*[signature]*
LORETTA A. PRESKA
United States District Judge